UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DAVONTAY JOHNSON, TDCJ # 02017748, | § § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. 3:18-CV-0216 |
| JOHN DOE MEDICAL PROVIDER #1, *et al*, | § § § § | |
| Defendants. | § § | |

## ORDER FOR A *MARTINEZ* REPORT

Plaintiff Davontay Johnson, an inmate at the Texas Department of Criminal Justice–Correctional Institutions Division ("TDCJ"), filed this civil rights action alleging that three unnamed medical providers at Hospital Galveston or UTMB violated his constitutional rights when they denied him treatment with the drug Remicade for Bechet's disease. Plaintiff states that he is unable to identify the medical providers without access to his medical records.

To supplement the pleadings, and so that the Court can evaluate Johnson's claims concerning the alleged denial of adequate medical treatment, the Court **ORDERS** the State Attorney General's Office to provide a report to the Court for its review within **sixty (60) days** under *Martinez v. Aaron*, 570 F.2d 317 (10th Cir. 1987). *See Cay v. Estelle*, 789 F.2d 318, 323 & n.4 (5th Cir. 1986) (discussing the utility of a *Martinez* report). The report should include medical records from Hospital Galveston or UTMB

dating back to 2016. It may also include any other records the Attorney General's Office believes would assist the Court.

The Clerk will provide a copy of this order to the parties. The Clerk shall further provide a copy of this order, along with a copy of the plaintiff's complaint (Dkt. 1) to Gloria Chandler and Elizabeth Mejia at Office of the Attorney General for the State of Texas, Law Enforcement Defense Division, P.O. Box 12548, Austin, Texas 78711-2548, **by certified mail, return receipt requested**.

SIGNED at Galveston, Texas, this 4th day of February, 2019.

_____
George C. Hanks Jr.
United States District Judge